**FAEGRE DRINKER BIDDLE & REATH LLP**
Matthew J. Fedor
Kristen N. Roshto
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000 (tel.)
(973) 360-9831 (fax)
Matthew.Fedor@faegredrinker.com
Kristen.Roshto@faegredrinker.com

Kerry L. Bundy (*pro hac vice*)
Joshua N. Turner (*pro hac vice*)
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000 (tel.)
(612) 766-1600 (fax)
Kerry.Bundy@faegredrinker.com
Josh.Turner@faegredrinker.com
*Attorneys for Defendants Circle K Stores Inc.*
*and TMC Franchise Corp.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNIVERSAL PROPERTY SERVICES, INC., and SYED KAZMI,<br><br>Plaintiffs,<br><br>v.<br><br>LEHIGH GAS WHOLESALE SERVICES, INC., LEHIGH GAS WHOLESALE, INC., LGP REALTY HOLDINGS LP, CIRCLE K STORES, INC., and TMC FRANCHISE CORP.,<br><br>Defendants. | Civil Action No. 3:20-cv-03315-FLW-TJB<br><br>Civil Action<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY <u>PURSUANT TO LOCAL RULE 6.1(b)</u>**<br><br>(Document Filed Electronically) |

Pursuant to Local Civil Rule 6.1(b), application is hereby made for a Clerk's Order extending the time within which Defendants Circle K Stores, Inc. ("Circle K") and TMC

1

Franchise Corp. ("TMC") may answer, move, or otherwise reply to Plaintiffs' Second Amended Complaint, and it is represented that:

1. Plaintiffs' Second Amended Complaint was filed and served on Defendants Circle K and TMC on May 21, 2021 (ECF No. 70);

2. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Circle K's and TMC's time to answer, move, or otherwise reply to the Second Amended Complaint currently expires on June 4, 2021.

3. No previous extensions have been requested or obtained by Circle K and TMC with respect to their response to Plaintiffs' Second Amended Complaint.

Dated: May 27, 2021

By: */s/ Kristen N. Roshto*
Matthew J. Fedor
Kristen N. Roshto
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000 (tel.)
(973) 360-9831 (fax)
Matthew.Fedor@faegredrinker.com
Kristen.Roshto@faegredrinker.com
*Attorneys for Defendants Circle K Stores, Inc. and TMC Franchise Corp.*

## ORDER

The above application is ORDERED GRANTED and Defendants Circle K Stores, Inc.'s and TMC Franchise Corp.'s time to answer, move, or otherwise reply to the Complaint is extended to **June 18, 2021**.

ORDER DATED: _____       WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk