**McCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.**
Asaad K. Siddiqi
James Harry Oliverio
210 Park Avenue, Third Floor
Florham Park, NJ 07932
(973) 635-6300
asiddiqi@marc.law
jholiverio@marc.law

and

**ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
Robert Zarco (*pro hac vice*)
Robert F. Salkowski (NJ Bar No. 049591992)
Alejandro Brito (*pro hac vice*)
One Biscayne Tower
2 South Biscayne Boulevard
34th Floor
Miami, FL 33131
rzarco@zarcolaw.com
abrito@zarcolaw.com
rsalkowski@zarcolaw.com

*Attorneys for Plaintiffs*
*Universal Property Services Inc. and Syed Kazmi*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNIVERSAL PROPERTY SERVICES INC., and SYED KAZMI,<br><br>Plaintiffs,<br><br>vs.<br><br>LEHIGH GAS WHOLESALE SERVICES, INC, LEHIGH GAS WHOLESALE LLC, LGP REALTY HOLDINGS LP, CIRCLE K STORES INC and TMC FRANCHISE CORP.,<br><br>Defendants. | Civil Action No. 3:20-cv-03315-FLW-TJB<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PUNITIVE DAMAGES CLAIM** |

Plaintiffs, Universal Property Services Inc. ("UPS") and Syed Kazmi, by and through their undersigned counsel, and in accordance with this Court's April 30, 2021 Memorandum and Order, hereby withdraw their claim for an award of punitive damages set forth in their Second Amended Complaint.

**ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
One Biscayne Tower
2 South Biscayne Boulevard, 34th Floor
Miami, FL 33131
Robert Zarco (*pro hac vice*)
Alejandro Brito (*pro hac vice*)
Robert F. Salkowski (NJ Bar No. 049591992)

and

**McCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.**
210 Park Avenue, Third Floor
Florham Park, NJ 07932

Attorneys for Plaintiffs
Universal Property Services Inc. and Syed Kazmi


By:   /s/Asaad K. Siddiqi
          Asaad K. Siddiqi, Esq.
          James Harry Oliverio, Esq.

Dated: June 16, 2021