

**Matthew J. Fedor**
Partner
matthew.fedor@faegredrinker.com
973-549-7329 direct

**Faegre Drinker Biddle & Reath** LLP
600 Campus Drive
Florham Park, New Jersey 07932
+1 973 549 7000 main
+1 973 360 9831 fax

faegredrinker.com

June 17, 2021

**BY ECF & EMAIL**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 5000
Trenton, New Jersey 08608

Re:   Universal Prop. Servs. Inc., et al. v. Lehigh Gas Wholesale Servs., Inc., et al.
      Civil Action No. 20-3315 (FJW) (TGB)

Dear Judge Bongiovanni:

      This firm represents Circle K Stores, Inc. ("Circle K") and TMC Franchise Corp. ("TMC") in the above-referenced matter. We write jointly on behalf of Circle K and TMC to request that the Court enter the enclosed Stipulation and Proposed Order extending Circle K's and TMC's deadline to respond to the Second Amended Complaint through and including July 19, 2021.

      If the enclosed stipulation is acceptable, we respectfully request that Your Honor endorse and have it filed with the Clerk of Court.

      We thank the Court for its consideration and attention to this matter.

Respectfully submitted,

*/s/ Matthew J. Fedor*

Matthew J. Fedor
Partner

MJF
Enclosure

cc:   All counsel of record (via ECF)