**FAEGRE DRINKER BIDDLE & REATH LLP**
Matthew J. Fedor
Kristen N. Roshto
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000 (tel.)
(973) 360-9831 (fax)
Matthew.Fedor@faegredrinker.com
Kristen.Roshto@faegredrinker.com

Kerry L. Bundy (*pro hac vice*)
Joshua N. Turner (*pro hac vice*)
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000 (tel.)
(612) 766-1600 (fax)
Kerry.Bundy@faegredrinker.com
Josh.Turner@faegredrinker.com
*Attorneys for Defendants Circle K Stores Inc.*
*and TMC Franchise Corp.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNIVERSAL PROPERTY SERVICES, INC., and SYED KAZMI,<br><br>Plaintiffs,<br><br>v.<br><br>LEHIGH GAS WHOLESALE SERVICES, INC., LEHIGH GAS WHOLESALE, INC., LGP REALTY HOLDINGS LP, CIRCLE K STORES, INC., and TMC FRANCHISE CORP.,<br><br>Defendants. | Civil Action No. 3:20-cv-03315-FLW-TJB<br><br>Civil Action<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS CIRCLE K STORES, INC.'S AND TMC FRANCHISE CORP.'S DEADLINE TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>(Document Filed Electronically) |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Universal Property Services Inc. and Syed Kazmi and Defendants Circle K Stores, Inc. ("Circle K") and

TMC Franchise Corp. ("TMC"), through their respective attorneys, that the deadline by which Circle K and TMC may answer, move or otherwise respond to the Second Amended Complaint is hereby extended to July 19, 2021.

| | |
|---|---|
| **ZARCO EINHORN SALKOWSKI & BRITO, P.A.** | **FAEGRE DRINKER BIDDLE & REATH, LLP** |
| **By:** */s/ Alejandro Brito* <br> Alejandro Brito, Esq. | **By:** */s/ Matthew J. Fedor* <br> Matthew J. Fedor, Esq. |
| Dated: June 17, 2021 | Dated: June 17, 2021 |

For good cause shown, it is so ordered. Dated: 6/17/2021

s/Tonianne J. Bongiovanni
Honorable Tonianne J. Bongiovanni, U.S.M.J.