## **CERTIFICATE OF SERVICE**

I, MATTHEW J. FEDOR, of full age and under penalty of perjury, hereby certify that, on this date, I caused true copies of Defendant TMC Franchise Corp.'s Answer to Plaintiffs' Second Amended Complaint, Counterclaim, and Jury Demand and this Certificate of Service to be served on all counsel of record via the Court's ECF system.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. I understand that if any of the foregoing is false I may be subject to punishment.

Dated: July 19, 2021                              */s/ Matthew J. Fedor*
                                                  Matthew J. Fedor