UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNIVERSAL PROPERTY SERVICES INC., and SYED KAZMI<br><br>Plaintiffs,<br><br>vs.<br><br>LEHIGH GAS WHOLESALE SERVICES, INC., *et al.*<br><br>Defendants. | Civil Action No. 3:20-cv-03315-FLW-TJB<br><br>**STIPULATION AND [~~PROPOSED~~] CONSENT ORDER REGARDING PLAINTIFFS' SUPPLEMENTATION OF INTERROGATORY RESPONSES AND DOCUMENT PRODUCTION** |

**THIS MATTER** was opened to the Court via a stipulation and proposed consent order to resolve certain outstanding discovery disputes between Plaintiffs Universal Property Services Inc. and Syed Kazmi ("Plaintiffs") and Defendants Circle K Stores Inc. ("Circle K") and TMC Franchise Corp. ("TMC") arising out of Plaintiffs' responses to Circle K's and TMC's written discovery requests; and

**WHEREAS**, counsel for Plaintiffs and counsel for Circle K and TMC have met and conferred on multiple occasions regarding the discovery disputes, and Plaintiffs have agreed to supplement their interrogatory responses and supplement their document production by a date certain in the manner more fully described below; and

**WHEREAS**, the parties have stipulated to the entry of this Order in order to resolve their disputes; and

**WHEREAS**, in view of the foregoing, and other good cause appearing and having been shown,

1

**IT IS HEREBY ORDERED** that:

1. By no later than October 10, 2022, Plaintiffs shall supplement their interrogatory responses to Circle K's and TMC's Interrogatories No. 5 with any responsive information available to Plaintiffs.

2. By no later than October 10, 2022, Plaintiffs shall supplement their interrogatory responses to Circle K's Interrogatory No. 11 and TMC's Interrogatory No. 6 with any responsive information available to Plaintiffs.

3. By no later than October 10, 2022, Plaintiffs shall conduct a reasonable search for and produce all documents in their custody, possession, and control responsive to Circle K's Requests Nos. 3, 6 and 13 and TMC's Requests Nos. 2 and 3.

4. By no later than October 10, 2022, Plaintiffs shall produce documents in response to Circle K's and TMC's Requests for Production that fully comply with the parties' agreed-upon ESI Protocol. *See* Dkt. # 101.

5. If Plaintiffs fail to supplement and cure their discovery responses as set forth herein, Circle K and TMC shall be permitted to move to compel such responses and to seek appropriate sanctions against Plaintiffs without having to further meet and confer with Plaintiffs or to seek further leave from the Court.

**IT IS SO ORDERED** on this _11_ day of October 2022.

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

The undersigned parties hereby stipulate to the Court's entry of this form of Order.

**ZARCO EINHORN SALKOWSKI, P.A.**

By: */s/ Robert Salkowski*
Robert Zarco, Esq, (*pro hac vice*)
Robert Salkowski, Esq. (*pro hac vice*) (NJ Bar No: 049591992)
One Biscayne Tower
2 South Biscayne Boulevard
34th Floor
Miami, FL 33131
(305) 374-5418
RSalkowski@ZarcoLaw.com

*Attorneys for Plaintiffs Universal Property Services Inc. and Syed Kazmi*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Matthew J. Fedor*
Matthew J. Fedor, Esq.
Alison E. Thompson, Esq.
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000
Matthew.Fedor@faegredrinker.com
Alison.Thompson@faegredrinker.com

Kerry L. Bundy, Esq. (*pro hac vice*)
Joshua N. Turner, Esq. (*pro hac vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
Kerry.Bundy@faegredrinker.com
Josh.Turner@faegredrinker.com

*Attorneys for Defendants Circle K Stores Inc. and TMC Franchise Corp.*