# Exhibit 21

# Universal Property Services Inc

2nd July 2019

## Indemnity Agreement

Soleil Chartered Bank

Trade Correspondence Office

55 Wall St., Suite 530

New York, NY, 10005, USA

Dear Sir,

We make reference to our request to obtain a Standby Letter of Credit through Soleil Chartered Bank hereafter named as (SCB). The undersigned hereby agrees to indemnify and save harmless SCB, and if applicable any third advising banks ("Intermediaries") and their successors and assigns, from any claim, action, liability, loss, damage or suit arising from the issuance and advice of such Standby Letter of Credit.

We hereby confirm that neither our assignees nor we shall request SCB, any third party advising banks (if applicable), and/or the SBLC issuer, for payment described in the standby letter of credit up to US$ 2,000,000.00 (USD Two Million Only) (irrespective of the SBLC text wording, and irrespective of any compliance conditions stipulated in the SBLC text) unless we first secure SCB by depositing in cash at SCB bank account, the exact same amount due and payable on the standby letter of credit, which is already over and above the amount already paid as handling charges and commissions for opening of the said Standby Letter of Credit in our favor.

Any such breach which includes failure of SBLC applicant to make such deposit into SCB bank account, will result in the issuer of the instrument taking action it deems fit to protect the issuer and its advising bank (if applicable), and will be at liberty to declare the subject Standby Letter of Credit null and void or that the instrument is leased and held harmless.

Scanned by CamScanner

It is agreed that this instrument is going to be used for credit enhancement purposes and may not be assigned without the prior written consent of the indemnifying party.

We further understand and agree that all fees paid, as handling charges, issuance fees and commissions for opening of the said SBLC shall be deemed to be earned once the SBLC has been advised to the beneficiary bank and even though beneficiary bank or beneficiary has returned the SBLC.

We further declare and confirm that we as SBLC applicant have notified the project owners as to the contents of this indemnity agreement, and have provided the project owner with a signed copy of this indemnity agreement.

We further declare and confirm that we will return the said standby letter of credit to SCB least fifteen (15) days prior to the maturity date free of all encumbrances and or third party liens.

It is hereby confirmed that upon our execution of this indemnity agreement, that the assets belonging to the Company shall serve as collateral to SCB for the sole purpose of issuance of subject SBLC, in addition to any and all assets that we have pledged to any and all Banks providing our company with a credit line and/or cash secured against the subject SBLC

This letter of indemnity together with the terms and conditions herein described shall be binding upon our successors and or assignees, and anyone else who is directly or indirectly involved with this transaction and we will hold SCB and any third party advising bank (if applicable), and all representatives thereof, harmless of any and all claims arising as a result of this transaction.

In case of any discrepancies between this indemnity agreement and the subject SBLC text for which this SBLC is being issued, including SBLC text wording confirming the non inclusion of any and all side agreements / conditions / qualifications, this indemnity agreement shall take precedence and prevail.

This agreement shall expire upon the expiration of the SBLC provided no claim has been made.

The undersigned certifies that he/she has full corporate authority and power of attorney to sign the indemnity agreement to bind the corporate for issuance of the Standby Letter of Credit.

Yours truly,                                           Date: 7/2/19

Syed Kazmi

Universal Properties Services Inc

Phone: 609 672 1594
6 Lenn Rd,
Allentown, NJ 08501

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
STEPHANIE AGNES MOSTOWTT
Notary Public
BRISTOL TWP, BUCKS COUNTY
My Commission Expires Jul 22, 2019

07-02-19

Scanned by CamScanner