# Exhibit 22

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Civil Action No. 3:20-cv-03315-FLW-TJB
- - -

UNIVERSAL PROPERTY SERVICES, INC., and SYED KAZMI,
Plaintiff(s),
vs.
LEHIGH GAS WHOLESALE SERVICES, INC., LEHIGH GAS WHOLESALE LLC, LGP REALTY HOLDINGS LP, CIRCLE K STORES, INC. and TMC FRANCHISE CORP.,
Defendant(s).

FEBRUARY 23, 2024

DEPOSITION OF: SYED KAZMI

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com

Oral sworn videotaped deposition of SYED KAZMI, held remotely by all parties via Zoom, commencing on or about 4:16 p.m., before Heather L. Ashton-Chee Wah, Certified Court Reporter of the State of New Jersey.

- - -

REMOTE APPEARANCES VIA ZOOM:

ZARCO EINHORN SALKOWKI, P.A.
BY: BRENDA PHANG, ESQUIRE
2 South Biscayne Boulevard
34th Floor
Miami, FL 33131
305.374.5418
Bphang@zarcolaw.com
Counsel for the Plaintiff(s)

FOX ROTHSCHILD, LLP
BY: PETER C. BUCKLEY, ESQUIRE
BY: SHANNON DOUGHTY, ESQUIRE
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
Pbuckley@foxrothschild.com
Counsel for the Defendant(s)
Lehigh Gas Wholesale Services,
Inc., Lehigh Gas Wholesale LLC, and
LGP Realty Holdings LP

FAEGRE DRINKER BIDDLE & REATH
BY: ANDREW VAN HOUTER, ESQUIRE
600 Campus Drive
Florham Park, NJ 07932
973.549.7000
Andrew.vanhouter@faegrredrinker.com
Counsel for the Defendant(s)
Circle K Stores, Inc. and
TMC Franchise Corp.

ALSO PRESENT VIA ZOOM:
-Solange Tran, Videographer,
Magna Legal Services

-Glen Faust

W I T N E S S   I N D E X

Examination of Syed Kazmi by Mr. Buckley
Page 8

- - -

E X H I B I T S

(No exhibits were marked.)

\- - -

R E Q U E S T S

(No requests were made.)

\- - -

THE VIDEOGRAPHER: We are now on the record. This begins media number one in the deposition of Syed Kazmi in the matter of Universal Property Services, Inc. and Syed Kazmi versus Lehigh Gas Wholesale Services, et al., in the United States District Court for the District of New Jersey.

Today is Friday, February 23, 2024, and the time is 4:16 p.m. This deposition is being held remotely at the request of Fox Rothschild, LLP. The videographer is Solange Tran and the court reporter is Heather L. Ashton-CheeWah, both of Magna Legal Services. All counsel and parties present will be noted on the stenographic record.

Will the court reporter please swear in the witness.

- - -

SYED KAZMI, appearing via Zoom from Allentown, New Jersey, having been duly sworn, was examined and testified as follows:

- - -

EXAMINATION OF SHAMIKH KAZMI BY MR. BUCKLEY:

Q. Good afternoon, Mr. Kazmi. My name is Peter Buckley, I represent the Lehigh parties in this lawsuit.

It's now 4:16 and we have until 5:00 p.m. today, so we'll get started with your deposition, but I doubt that we'll complete it today. I'll work with your counsel to find a date to complete it.

The -- have you ever been deposed before?

A. Good afternoon, Mr. Buckley. No, unfortunately, it's my first time -- or fortunately, I would say.

Q. You can decide later.

So this is a question-and-answer session. The oath that you took there at the

beginning is the same oath that you would take in a courtroom to tell the... the truth and the whole truth.

We're here today in a lawsuit that was filed by a company that you own, and by you individually, against my client and Circle K.

Are you aware that you filed that lawsuit?

A. Yes, I am, sir.

Q. Okay. In your own words, why did you file the lawsuit?

A. In my own words? I would say stuff didn't go as planned, so we have to go down to the route that we didn't want to take.

Q. What stuff?

A. I guess there are numerous things that went wrong. The business relationship ended and which we felt was not through a fault of ours, so we tried to amicably reach a conclusion, which we were not able to, and I guess that was the only remedy that we had available.

Q. Okay. Are you the... the sole owner of Universal Property Services, Incorporated?

A. Yes, I am.

Q. And at one point in time in 2019 -- I'll call it UPS; is that okay?

A. Sure.

Q. -- UPS entered into leases and fuel supply agreements for ten stations in Florida; is that right -- excuse me, 17?

A. I think it was in batches, as I recall. It was batch one first, and then there was a second batch, but I'm not sure of the exact dates.

Q. Okay. Other than those 17 stations in Florida, has UPS ever had any other operations or business interests?

A. I think there was one in New Jersey that was with Lehigh or one of its subsidiaries that -- yeah, I think it's one of those. But that was it for gas stations at that point.

Q. Did UPS have any other business interests? Your brother mentioned a residential real estate --

A. Prior to us signing with Lehigh we did purchase two... I think it was two houses, and then we signed the agreement with

you. So it wasn't rental properties, it was just as an investment.
Q. Did UPS ever close on the investment in those two houses?
A. Sorry. What do you mean by "close"?
Q. Did you ever buy them?
A. Yes.
Q. Okay. And have those properties been sold?
A. I think one was and one is still retained.
Q. What's the address of the property that was sold?
A. I don't remember on top of my head, but I think it was on Honeysuckle Drive. I'm not sure the exact address.
Q. Where -- which town?
A. Ewing, New Jersey.
Q. Okay. When did UPS buy that property?
A. I'm sorry, I don't know the dates.
Q. Just generally, which... which year, which couple years?
A. It was around the same time. I'm not really good with dates. I'm not really sure

around what exact time period it was, but it was around that same period. Maybe a few months before that or something. I'm not... I'm not really sure.

Q. So some... sometime in 2019?

A. I'm sorry, you're cutting off. The screen went blank.

Q. So sometime in 2019 UPS bought the Honeysuckle Drive property in Ewing, New Jersey?

A. Not really sure about the exact time period. I'm sure it was around that time, but -- yeah, sorry, I'm drawing a blank. I don't know exact what date it was or what timeframe it was.

Q. So one of the things you should know is that when you're talking about dates or distances or weights or measures, you know, it's okay to estimate. So, you know, if... if it was sometime in 2019, shortly before the relationship began --

A. I know it wasn't shortly. It was a little bit before that, so it wasn't shortly, so -- sorry, it's been a while so --

Q. Okay. A couple of months?

A. Maybe, give and take. I mean, I'm sure if we -- if I have to search it there's public records I can go and search.
Q. Okay. What... what did UPS pay for that property?
A. I have no idea.
Q. Approximately?
A. I... I couldn't even begin to guess. I'm sorry, I have no idea.
Q. Above or below a million?
A. I don't think any house in that area is worth a million at that point, but I'm not really sure. Because my father was taking care of that whole thing at that time, so I'm not really sure what was paid and what was...
Q. Have you always been the only owner of UPS?
A. Yes.
Q. Did your father ever hold an ownership interest in the business?
A. Not in UPS, no.
Q. When did UPS sell the property on Honeysuckle Drive in Ewing, New Jersey?
A. Again, I'm not really sure about the dates.

Q. Is it --
A. I just know it's not there... it's not there anymore, so...
Q. Is it within the last year?
A. No. It was before that. It was... it was while he was still with us.
Q. While your father was still alive?
A. Yes.
Q. Okay. And without intruding too much, when did your father pass away?
A. 2020.
Q. 2020?
A. Yeah. Unfortunately COVID caught him.
Q. Okay. I'm sorry to hear that. I lost my dad, too.
A. Thank you.
Q. The -- did... did UPS sell the property on Honeysuckle Drive in Ewing, New Jersey before or after the relationship with Lehigh ended in February of 2020?
A. I have no idea.
Q. What did... what did Universal Property Services do with the proceeds of the sale of that property?

A. I think there was a loan on it, so -- or maybe not, but I'm not really sure the exact specifics. If you do want some specifics I can try to look into it. But, as I stated, I didn't take care of that part of the transaction so I'm not really sure.
Q. Your... your father bought it in the name of a business that you own?
A. He was part of the business.
Q. What role did your father play with Universal Property Services?
A. Sorry, you're cutting off. I can't...
Q. What role did your father play with Universal Property Services?
A. Sorry, I still can't hear you.
Q. What role did your father play with Universal Property Services?
A. Nothing with the retail portion. It was just the investment of that house.
Q. Okay. Did you have any involvement with the... the investment in the Honeysuckle Drive home?
A. Not directly.
Q. What indirect involvement did you

have?
A. I mean the corporation was under my name so I had that involvement, but...
Q. Did you put any of your own money into the investment of -- in the Honeysuckle Drive property?
A. It was his investment.
Q. It was your father's investment?
A. Yes.
Q. Okay. And did your father ever put any money into Universal Property Services?
A. I don't really do the day-to-day, so I'm not really sure how the actual retail side of it works. So I'm not really sure.
Q. Okay. What's the location of the one property that Universal Property Services still owns?
A. Honeysuckle Drive in Ewing.
Q. The same street?
A. Yup.
Q. Okay. And what's the -- does that property have a mortgage on it?
A. I think it does. I'm -- I am not really sure. I can -- I have to check on that.

Q. Who pays the mortgage?
A. Sorry?
Q. Who pays the mortgage?
A. I'm not really sure. As I said, I don't deal with day-to-day stuff so I'm not really sure about that.
Q. But the company that you own owns that property on Honeysuckle Drive in Ewing, New Jersey?
A. Correct.
Q. Who does the day-to-day stuff about that property?
A. It's just a property, I mean there's not much day-to-day stuff to do.
Q. Well, you got to pay the mortgage, right?
A. I'm... I'm sure if there is a mortgage it's getting paid or something. I'm not really sure if there is a mortgage or if there is not. It's not a retail store where I guess it needs a day-to-day operation person.
Q. Yeah. Well, I'm just asking --
A. And I understand.
Q. -- is there a mortgage... is there a

mortgage on that property?
A. Again, I'm not really sure.
Q. Who would know?
A. I'm going to have to check. Again, it's been a while since I look into it. It was very distraught, but I didn't want to look into those properties so that's why I don't know. But if I have to check, I will check on that.
Q. What is Aqri Incorporated, A-Q-R-I Incorporated?
A. It was a company that my father owned and I was a president of.
Q. What does it do?
A. It operated gas stations while he was still with us, and it's not in business anymore.
Q. When did it stop being in business?
A. It was when he passed away.
Q. In 2020?
A. Yes.
Q. Where -- how many gas stations did Aqri Incorporated operate?
A. It was a few. I'm not sure of the exact number, but it was a few.

Q. You were the president of the company?
A. Correct.
Q. Where were the gas stations located?
A. In Pennsylvania.
Q. Anywhere else?
A. Not that I know of. I think it was only the Pennsylvania sites.
Q. Was that gas station your full-time employment?
A. What do you mean by "full-time employment"?
Q. Is that where you went to work every day when running that business?
A. A few hours I did over there, but I guess we had someone who was -- else was working over there, too, like an employee.
Q. Okay. And -- but you don't know how many gas stations Aqri Incorporated opened -- owned?
A. No, no.
Q. Okay. What happened in 2020 that Aqri Incorporated disposed of those locations?
A. The company that we were leasing

those sites with went bankrupt and, in effect, it terminated our lease as well.
Q. What was the name of that company?
A. I don't know. Like I don't recall on the top of my head, but it was a company out of New Jersey.
Q. Did Aqri Incorporated ever do anything other than operate the gas stations in Pennsylvania?
A. As in, like, what else would you say?
Q. Did it have a residential real estate division like --
A. No.
Q. -- Universal Property Services?
A. No.
Q. Did it ever supply convenience store goods to other gas stations?
A. It might have. That's part of what gas stations do. So, in my experience, just for say if I pick up a good deal for some product and I'm buying it in bulk, I can transfer or sell it to someone else because I can get a better price than the other person can. So it just depends. I wouldn't call it a wholesale business but more of a if I'm

buying something in bulk, I can get a better price than someone down the street can, so I can kind of sell that over to them --
Q. Okay.
A. -- and we both can make money.
Q. Okay. Are you still the sole owner of Aqri Incorporated?
A. I was never the owner. It's a C corp. I was just the president. I don't have the shares.
Q. Okay. What is Diwan Petrol Incorporated?
A. Same thing. It had a gas station or two underneath it.
Q. Okay. Who owns Diwan Petrol Incorporated today?
A. I think it's also a defunct company because all the stations that were being run at that point were through that company. So I'm not sure if it's -- any of those are active anymore.
Q. So Diwan Petrol leased stations from the same bankrupt landlord that Aqri Incorporated leased stations?
A. I think so. Again, I'm just the

president, I'm not the owner of the company, so I'm not sure of the back-end nuances, but I think so.
Q. Okay. How many stations did Diwan Petrol have?
A. I'm not sure of the exact number.
Q. Okay. What is One Ten Retail Services Corporation II Incorporated?
A. The same thing.
Q. It's a... it's a gas station business that was run by your family?
A. Yes, sir.
Q. Okay. And who is the owner of that today?
A. No one. It's not -- my father was the owner, so he's not here anymore.
Q. Well, when your father passed away didn't... didn't the business pass to someone else?
A. No, because that business, again, was terminated because of the lease.
Q. Okay. So... so Aqri, Diwan Petrol and One Ten all leased gas stations from the same landlord that went bankrupt?
A. I think majority were. So maybe

there might have been some outside, but majority were through that one landlord.

Q. Okay. Did any of those entities, Aqri, Diwan Petrol or One Ten have any business relationship with Universal Property Services?

A. Not a direct business relationship, but I think, same thing I was telling you earlier, that if I buy something in bulk and I get a good price, I can sell it to X, Y, Z down the street. So it might have been that. And if you recall back when all this was going on, it was very hard to procure products. COVID was just starting and everything was getting very hard -- it was very hard to manage stuff, so it might have been that one company picked up products at a good price and might have sold it to UPS. But... but if you give me some exact specifics, maybe I can look into it. But I don't... I don't know any on top of my head.

Q. Who determined the price at which Diwan, Aqri and One Ten would buy or sell products to or from UPS?

A. I guess that's would be determined by

the market, I would suppose. Like, again, so just for say -- I'm giving you a top end estimate -- a case of Coke, just for sake, is $20 and I can get it for 19, then I'll sell it for 20 because that's the price of case of Coke is. You can't go around and sell it for $50. It's $20 and it's $20.
Q. Okay. But if the company that you own on the one hand, UPS, is buying and selling from another company that you own or are the president of, who determines the... who determines the price?
A. The price would be what the invoice is that we're getting from third party. So, again, I can't go into each transaction because I don't have a transaction in front of me, but -- it's... it's kind of a broad question, I would say.
Q. No, it's a very specific one.
When UPS bought or sold --
A. I mean it's not specific because each item would be different, right. So if... if you're talking about retail, there's just for say 3,000 skews inside of an... inside of an average store. I... I can't say, oh, this

skew is only $2 or $3. I mean you have to talk about individual skews.
Q. Okay. Did you have any involvement in the day-to-day operations of Universal Property Services?
A. No, I didn't.
Q. Who did?
A. Shamikh Kazmi.
Q. Your brother?
A. Yes.
Q. Okay. To your knowledge, is your brother aware of Aqri, Diwan and One Ten?
A. I don't think so. I don't know if he knows or not. I can't speak for him.
Q. Do you guys live together?
A. Yes.
Q. Were you involved in procuring Letters of Credit from Soleil Chartered Bank on behalf of Universal Property Services, Inc.?
A. No.
Q. You had no involvement in that?
A. Nope.
Q. Are you on your phone, sir?
A. Yes.

Q. Are you able to see -- if I share my screen are you able to see -- where did it go? Here.
A. I can somewhat make it out.
Q. Okay. So --
A. If you can zoom it in a bit.
Q. Yeah.
A. Yeah, that's fine.
Q. So, let me see, which one do I want here?
So this has been previously marked as Exhibit 33. I don't remember exactly whether it was A or B, but it's Exhibit 33 and it pertains to a $2 million Letter of Credit issued by Soleil Chartered Bank to Universal Property Services in July of 2019. And if you look at the bottom, there is a signature here that purports to be a signature of Syed Kazmi.
Do you see that signature?
A. Not yet. Oh, there it is. Yes, I do.
Q. Is that your signature?
A. It is.
Q. Okay. And did you sign this document

on or about July 2, 2019?
A. Seems about right.
Q. Okay. Who prepared the document?
A. I couldn't tell you. I don't do day-to-day stuff, so I was just -- I just signed the agreement, so I don't know who prepared it or where it came from.
Q. Did you read it before you signed it?
A. No. I just signed it.
Q. Someone stuck it in front of you and you just signed it?
A. Yup.
Q. What was your understanding of why you were being asked to sign this Indemnity Agreement with Soleil Chartered Bank in support of a $2 million Letter of Credit?
A. My understanding is it's just needed to be signed and I signed it. But if you want any specific about that you're going to have to ask Mr. Shamikh Kazmi.
Q. Okay. He handled this whole Soleil Chartered Bank relationship?
A. Yes.
Q. Prior to obtaining the Letters of Credit from Soleil Chartered Bank had you

ever been involved in procuring a Letter of Credit?

A. I was not.

Q. Okay. And did you understand that... that the Letter of Credit from Soleil Chartered Bank was being used to support and provide security to Circle K with respect to the 17-station relationship?

A. I didn't understand anything because I was not dealing with it. I just came in just to sign the agreement, and that was it. Everything was handled by Shamikh.

Q. Including the relationship with Circle K?

A. Exactly. Everything was handled by him.

Q. Okay. So you didn't read it before you signed it?

A. I did not.

Q. This document here, I'm going to paraphrase it and ask you if it's consistent with your understanding.

A. I'm sorry, but I don't have understanding of it because I didn't procure it, I didn't write it, I didn't have

anything -- I didn't see -- I didn't read through it before signing it. I just signed it. So, I mean, you can read through it, but I wouldn't know anything about it because I didn't have any -- I didn't negotiate the instrument or I didn't have anything to do with it, so I couldn't give you any details into the fact.

Q. Okay. So you didn't know that Soleil Chartered Bank only said they would make good on the Letter of Credit if you gave them the money on which to do so?

A. I mean, I can't speak for what they said or what happened. Again, you're going to have to speak to Shamikh about that because he is the operation guy and he negotiated with... if you're calling this bank Soleil and Circle K or whatever it was. So I couldn't speak on either one of their behalf.

Q. Okay. Part of this document that you didn't read says that we further declare and confirm that we, as SBLC applicant, have notified the project owners as to the contents of this Indemnity Agreement and have

provided the project owner with a signed copy of this Indemnity Agreement.
Do you see that?
A. I mean, I see it and you're reading it wonderfully. But, again, I don't have any knowledge of it and I don't -- I can't go into any detail because I don't have any to give.
Q. Okay. Did you provide this Indemnity Agreement to Circle K or Lehigh?
A. Again, I didn't have any interaction with Soleil or Circle K or Lehigh or any of the parties. That... that was all handled by Shamikh, so you're going -- I'm going to have to defer those questions to him.
Q. Okay. Well, you did sign this letter Indemnity Agreement, right?
A. I did sign this letter.
Q. Okay. But you didn't read any of it whatsoever before you signed it?
A. I mean, I'm not going to make any comparisons. But just for, say, a CEO of Apple, right, you can't go to him, oh, did you sign -- read this 500-page agreement before signing, what does it entail? He's

going to tell you, go to the subdepartment of the person whosever sending it. I'm not saying I'm there, yet. I hope to be one day. But, again, this was all handled by Shamikh, so you're -- all these questions are going to be -- they're going to have to be handled by him.

Q. Okay. This, by the way, is a two-page document. Can we agree with that?

A. From what you just scrolled through, it looks like it's a two-page document.

Q. Okay. And in 2019, other than you and your brother, Shamikh, were there any other individuals that worked for or were associated with Universal Property Services, Incorporated?

A. I wouldn't have that information.

Q. You don't know?

A. I do not.

Q. Okay. Let me show you another document that you signed. This is Exhibit 5. This is the fuel supply agreement with Circle K. And on the very last page -- excuse me. Where did it go?

So there's -- here we're on page 21

of the document. There's an electronic signature for Syed Kazmi on June 19, 2019.
A. Yes.
Q. Do you have a recollection of electronically signing the fuel supply agreement with Circle K around that time?
A. I'm not sure which trench this was, but I do remember meeting someone from Circle K on two different occasions to just click the signature page on his laptop. So I'm not sure which date or which trench you're referring to in this one, but I... I did, I guess, electronically signed it.
Q. Okay. Did you read the fuel supply agreement before you signed it?
A. Those are all handled by Shamikh again.
Q. No, no. I'm asking you whether you --
A. Me personally, no. Me personally, no, I didn't. It seems like --
Q. You didn't read... you didn't read the fuel supply agreement before you signed it?
A. Again, I'm not the operations guy so

it would not be my job to read through -- I guess this... this contract is 20-some pages, it looks like from what you scrolled, so no, I did not read the -- this was all handled by Shamikh. He's --

Q. Well, you were... you were the signing guy, right?

A. Yes, sir.

Q. Okay. And as the signing guy who signed the document and who owned Universal Property Services, Incorporated, you were the party to this agreement, right?

A. In effect, yeah.

Q. Okay. And let's turn now to Exhibit 6, which is the station lease. This is an example of one of the leases here. And this one, again, was signed electronically it appears by you on June 19, 2019.

Do you see that?

A. I do.

Q. Did you read the lease -- do you remember signing the leases with Circle K?

A. I'm sorry, there were two questions. Could you repeat --

Q. Sure.

Do you remember signing the leases with Circle K?
A. I do remember signing the lease.
Q. Okay. And did you sign on behalf of Universal Property Services, Incorporated, the company that you own?
A. I did.
Q. And did you read the lease before you signed it?
A. Again, I'm going to give you the same example, which I inspire to be the CEO of Apple. I'm sure he doesn't read through all the leases, neither did I. So --
Q. I'm not asking -- listen, if I get --
A. I --
(Non-reportable simultaneous crosstalk. Reporter clarification.)
Q. Yeah, for sure. If I get an opportunity to depose Tim Cook, pinch me. But right now... right now I'm taking your deposition, and I want to know if you read this lease before you signed it.
A. No, I didn't read through it.
Q. Did you even look at it?
A. Again, not my jobs. It was Shamikh's

job. I just took his advice and signed for the deal, which he said was very good, to sign, and I signed for it.
Q. Okay. Do you remember executing a personal guarantee in connection with the Circle K relationship?
A. There were a lot of signatures. I just don't know all the papers that were signed.
Q. Do you know what a personal guarantee is?
A. Yeah.
Q. What is it?
A. I guess in layman's term, if something is not paid after its adjudicated that it is owed that I'm responsible for it.
Q. Okay. And when you agreed to guarantee UPS's obligations to Circle K in 2019 what were the nature of your personal finances?
A. I wouldn't know on top of my head. It's been four or five years.
Q. Just... just generally, did you have extensive real estate holdings or investment accounts? What was the nature of your

personal financial position then?
A. I'm sorry, I just don't like to generalize that kind of thing. I just don't remember. It's been a while.
Q. Well, you filed a lawsuit against my client and so --
A. I mean your law -- quite frankly, your client does not have clean hands either. So if you're saying that I did something, there's a lot of stuff that your client didn't provide my either. So we're just trying to be as cordial as possible that -- let's just, I guess, keep cordial and not make accusation that --
Q. I'm not making accusations. I'm asking questions.
When you promised Circle K that if UPS couldn't pay you would, what were the -- what was the nature of your personal financial situation at the time?
A. Anything that U -- Circle K required at the time was provided to them. I just don't remember what it was at... at this moment.
Q. Okay. Did you own any -- in 2019,

did you own any real estate in your own name?
A. I might have, I just don't remember what... what I owned.
Q. Okay. Did you have any investment accounts in 2019?
A. Again, I -- it's a snapshot of a very long period. I just don't remember.
Q. What was the approximate value of... of your investment accounts at that time?
A. If I don't remember the accounts I'm definitely not going to remember the amounts in them.
Q. What was your estimated net worth in 2019?
A. I couldn't tell you right now. I'm sorry.
Q. Was it above or below a million dollars?
A. I couldn't tell you.
Q. Did... did UPS ever struggle to pay its rent to Circle K or Lehigh?
A. I'm going to have to defer that question to Shamikh because he handled the day-to-day stuff, so --
Q. I spent --

A. -- I'm not really sure.
Q. I spent all day with Shamikh. Now I'm asking you.
A. Well, my answer would be just I'm going to have to defer to just him. I wouldn't know any details about the particulars of those 17 locations.
Q. Okay. Did you have any operational responsibilities with respect to the 17 locations that were leased from Circle K and supplied by Circle K and later assigned to Lehigh?
A. No. It was all handled by Shamikh.
Q. Have you ever visited any of those locations?
A. Yeah, once or twice.
Q. When?
A. I don't remember the dates.
Q. Before or after the relationship or the contracts were signed?
A. It was around that time. I just don't remember exactly how the whole events transpired.
Q. At any point in time did you become aware that Lehigh was withholding credit card

proceeds?
A. It's a bit of a long answer, but my involvement only became with this situation was I met with the leadership one day in their office, and that was, I guess, the beginning and the end of my involvement with this whole transaction.
Q. Okay. Did you -- were you -- at that meeting did you become aware that Lehigh was withholding credit card proceeds?
A. That's not what the meeting was about. The meeting was mainly about me trying to salvage the relationship between UPS and Lehigh. And from the looks of it we were going along fine, we were exchanging emails and we were actually heading towards the right direction. And I guess I'm not trying to hype you up, but there was an counsel that they hired, which that counsel wanted me to sign an agreement that basically had me waive all my rights before getting into an -- what do you call it -- a negotiation without any outcome -- without any guaranteed outcome. So at that point I... I just told them that I can't do that,

I -- there's no way I'm going to sign away all my rights without us actually negotiating about something. And that was the end of it. But that was my only involvement in this whole process.
Q. To your knowledge, did Lehigh's withholding of credit card proceeds ever impact UPS's ability to pay rent?
A. I couldn't tell you yes or no. You're going to have to talk to Shamikh about this, he's the operations guy.
Q. When UPS contracted with Circle K to lease the 17 stations in Florida what was UPS's plan as to how it would pay the rent?
A. Again, that's another question for Shamikh as the operations guy.
Q. You didn't know?
A. He's operation guy, so he's going to have to answer those.
Q. Okay. You're the owner of UPS, Incorporated, correct?
A. Correct.
Q. Has UPS, Incorporated ever filed federal income taxes?
A. I don't know on top of my head.

That's a question for Shamikh as he runs the operations.

Q. Does he also do the taxes?

A. I couldn't tell you. He's going to be the one who answers that question.

Q. No, I'm asking you.

A. I wouldn't know who does it because he handles operations. I don't do operations.

Q. Okay. What about taxes, do you pay taxes?

A. Again, I'm simply the president. I don't know how the day-to-day stuff works. You're going to have to ask him.

Q. Did UPS have any capital -- did you ever invest any capital in UPS?

A. Which period are you talking about?

Q. Ever.

A. I'm sure there were capital contributions made, but I'm not sure how much they were and at what times.

Q. Did UPS have any money set aside to cover expenses associated with its operation of the stations in Florida at the time that it entered into the relationship with

Circle K?
A. That's another Shamikh question.
Q. No. I'm asking -- you can say "I don't know." You just can't tell me, go ask him, because I already asked him and I want to know what you know.
A. Me personally, I don't know, sir.
Q. Okay. You're not aware that UPS had any money with which to satisfy any obligations to Circle K or Lehigh other than the money that was generated by the operation of the business?
A. It feels like a statement, so could you just phrase it as a question? I mean just --
Q. Yeah. Like let me give you an example. Like if... if you and I decide to start a business we might say, all right, you know, let's both put a hundred thousand dollars into the business so the business has some money to pay bills to do things, and if the business needs money then we can use that money.
Did anyone, to your knowledge, ever put any capital investment into UPS?

A. I don't have the knowledge of it, but I guess these questions should have been asked by Circle K when we were starting off because it just feels like we're going down to a road where you're -- these questions should have been asked a long time ago, right. It's four years. I just don't remember everything that happened four years ago.

Q. Did you ever have any interactions with Barclays Bank about a Letter of Credit --

A. No, I did not.

Q. -- to support the relationship with Lehigh or Circle K?

A. No, sir, I didn't.

Q. Have you ever interacted with a gentleman named William Spector from Worldwide Business Finance, Incorporated?

A. I did not interact with any such individual.

Q. Did you ever have any direct interactions with Soleil Chartered Bank?

A. Apart from just the signature on those pages, I haven't.

Q. Okay. How did... how did -- it seemed like UPS had separate bank accounts for each of the 17 stations and then one central account with TD Bank.
Is that your understanding?
A. I... I am not with day-to-day stuff so I wouldn't know how they were handled.
Q. Did you ever make any or cause any transactions to be made on behalf of UPS; write a check, send a wire, you know, use a debit card?
A. Again, it's been a while. I just don't recall.
Q. Did you ever use the UPS accounts for personal expenses?
A. I don't recall.
Excuse me.
Q. What security did UPS provide to Circle K or Lehigh for -- to secure its obligations under the leases and the fuel supply agreements?
A. I'm not sure. That's -- Shamikh is the operations guy, he would know that. In...
Q. While Shamikh was dealing with the

operations associated with these 17 stations in Florida what were you doing professionally?

A. I think at that point I was still managing the locations with my father, but it's... it's a long time ago, I just don't recall the exact timings of everything. I -- yeah, I think that's what I was doing. I'm not really sure.

Q. What's the reason why you are the owner of UPS but had very little involvement in it and your brother, Shamikh, was involved in the day-to-day operations but had no ownership interest?

A. He's the operations guy.

Q. Well, that's what I'm saying. Why... why wasn't he the owner of the business?

A. I don't know. That's a good question I just don't know the answer to.

Q. Like did you make a financial investment in the business that he didn't make?

A. No. It's just I guess we wanted it that way. I just don't know the answer exactly why.

MR BUCKLEY: All right. Well, I think we should break there and we can pick it up next time. Mr. Van Houter has a 5:00 hard stop.

BY MR BUCKLEY:

Q. So thank you for your time today, Mr. Kazmi. We'll... we'll talk again soon.

A. Okay. Nice to meet... nice to meet you, Mr. Buckley. Thank you.

THE VIDEOGRAPHER: Okay. The time is 4:58 p.m. This concludes Volume I of Syed Kazmi's deposition.

We've off the record.

(Witness excused.)

(Testimony concluded at 4:58 p.m.)

C E R T I F I C A T E

I, Heather L. Ashton-Chee Wah, a Certified Court Reporter, do hereby certify:

That prior to being examined, the witness in the foregoing proceedings was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said proceedings were taken remotely before me at the time and places therein set forth and were taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

I do further certify that I am neither counsel for, nor related to, any party to said proceedings, not in anywise interested in the outcome thereof.

In witness whereof, I have hereunto subscribed my name.

Heather L. Ashton-Chee Wah

HEATHER L. ASHTON-CHEE WAH, C.C.R.

Certificate No. 30XI001936000



# Magna
## Key Contacts

**Schedule a Deposition:**
Scheduling@MagnaLS.com | 866-624-6221

**Order a Transcript:**
CustomerService@MagnaLS.com | 866-624-6221

**General Billing Inquiries:**
ARTeam@MagnaLS.com | 866-624-6221

**Scheduling Operations Manager:**
Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

**Customer Care:**
Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)

**Director of Production Services:**
Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)

**National Director of Discovery Support Services:**
Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

**Billing Manager:**
Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

**Director of Sales Operations:**
Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)

MAGNA
LEGAL SERVICES

**A**

**A-Q-R-I** 18:10
**ability** 40:8
**able** 9:21 26:1,2
**account** 44:4
**accounts** 35:25 37:5,9,10 44:2 44:14
**accusation** 36:14
**accusations** 36:15
**Action** 1:2
**active** 21:21
**actual** 16:13
**address** 11:12,16
**adjudicated** 35:15
**advice** 35:1
**afternoon** 8:10,20
**ago** 43:6,9 45:6
**agree** 31:9
**agreed** 35:17
**agreement** 10:25 27:6,15 28:11 29:25 30:2,10,17,24 31:22 32:6,15,23 33:12 39:20
**agreements** 10:6 44:21
**al** 7:6
**alive** 14:7
**Allentown** 8:4
**amicably** 9:20
**amounts** 37:11
**ANDREW** 3:15
**Andrew.vanhouter...** 3:17
**answer** 38:4 39:2 40:19 45:19,24
**answers** 41:5
**anymore** 14:3 18:17 21:21 22:16
**anywise** 47:18
**Apart** 43:24
**APPEARANCES** 3:1
**appearing** 8:3
**appears** 33:18
**Apple** 30:23 34:12
**applicant** 29:23
**approximate** 37:8
**Approximately** 13:7
**Aqri** 18:10,23 19:19,23 20:7 21:7,23 22:22 23:4,23 25:12
**area** 13:11
**Ashton-Chee** 2:4 47:4,24
**Ashton-CheeWah** 7:14
**aside** 41:22
**asked** 27:14 42:5 43:3,6
**asking** 17:23 32:18 34:14 36:16 38:3 41:6 42:3
**assigned** 38:11
**associated** 31:15 41:23 45:1
**available** 9:23
**average** 24:25
**aware** 9:8 25:12 38:25 39:9 42:8

**B**

**B** 5:1 26:13
**back** 23:12
**back-end** 22:2
**bank** 25:18 26:15 27:15,22 27:25 28:6 29:10,18 43:11,23 44:2,4
**bankrupt** 20:1 21:23 22:24
**Barclays** 43:11
**basically** 39:20
**batch** 10:9,10
**batches** 10:8
**began** 12:21
**beginning** 9:1 39:6
**begins** 7:2
**behalf** 25:19 29:20 34:4 44:9
**better** 20:23 21:1
**BIDDLE** 3:14
**bills** 42:21
**Biscayne** 3:4
**bit** 12:23 26:6 39:2
**blank** 12:7,13
**bottom** 26:17
**bought** 12:8 15:7 24:20
**Boulevard** 3:4
**Bphang@zarcolaw...** 3:6
**break** 46:2
**BRENDA** 3:3
**broad** 24:17
**brother** 10:21 25:9,12 31:13 45:12
**Buckley** 3:8 4:3 8:9,11,20 46:1,5,9
**bulk** 20:21 21:1 23:9
**business** 9:18 10:14,20 13:20 15:8,9 18:16,18 19:14 20:25 22:10 22:18,20 23:5,7 42:12,18,20,20,22

43:19 45:17,21
**buy**
11:6,19 23:9,23
**buying**
20:21 21:1 24:9

**C**

**C**
3:8 21:9 47:1,1
**C.C.R**
47:24
**call**
10:3 20:24 39:22
**calling**
29:17
**Campus**
3:15
**capital**
41:15,16,19 42:25
**card**
38:25 39:10 40:7 44:11
**care**
13:14 15:5
**case**
24:3,5
**caught**
14:13
**cause**
44:8
**Center**
3:9
**central**
44:4
**CEO**
30:22 34:11
**Certificate**
47:25
**Certified**
2:4 47:5
**certify**
47:5,16
**Chartered**
25:18 26:15 27:15,22 27:25 28:6 29:10 43:23
**check**
16:24 18:4,8,9 44:10
**Circle**
1:10 3:18 9:7 28:7,14 29:18 30:10,12 31:23 32:6,9 33:22 34:2 35:6,18 36:17 36:21 37:21 38:10 38:11 40:12 42:1,10 43:3,15 44:19
**Civil**
1:2
**clarification**
34:17
**clean**
36:8
**click**
32:10
**client**
9:6 36:6,8,10
**close**
11:3,5
**Coke**
24:3,6
**commencing**
2:3
**company**
9:5 17:7 18:12 19:2 19:25 20:3,5 21:17 21:19 22:1 23:17 24:8,10 34:6
**comparisons**
30:22
**complete**
8:16,17
**concluded**
46:15
**concludes**
46:11
**conclusion**
9:21
**confirm**
29:23
**connection**
35:5
**consistent**
28:21
**contents**
29:25
**contract**
33:2
**contracted**
40:12
**contracts**
38:20
**contributions**
41:20
**convenience**
20:16
**Cook**
34:19
**copy**
30:1
**cordial**
36:12,13
**corp**
1:11 3:18 21:9
**Corporate**
3:9
**corporation**
16:2 22:8
**correct**
17:10 19:3 40:21,22
**counsel**
3:6,11,17 7:15 8:17 39:19,19 47:17
**couple**
11:23 12:25
**court**
1:1 2:4 7:7,13,18 47:5
**courtroom**
9:2
**cover**
41:23
**COVID**
14:13 23:14
**credit**
25:18 26:14 27:16,25 28:2,5 29:11 38:25 39:10 40:7 43:12
**crosstalk**
34:17
**cutting**
12:6 15:12

**D**

**D**
4:1
**dad**
14:16
**date**
8:17 12:14 32:11
**dates**
10:11 11:21,25 12:17 13:25 38:18
**day**
19:14 31:3 38:2 39:4
**day-to-day**
16:12 17:5,11,14,21 25:4 27:5 37:24 41:13 44:6 45:13
**deal**
17:5 20:20 35:2
**dealing**
28:10 44:25
**debit**
44:11
**decide**
8:23 42:17
**declare**
29:22
**Defendant(s)**
1:12 3:11,17
**defer**
30:15 37:22 38:5
**definitely**
37:11
**defunct**
21:17
**depends**
20:24
**depose**
34:19
**deposed**
8:18
**deposition**
1:19 2:1 7:3,10 8:15

34:21 46:12
**detail**
30:7
**details**
29:7 38:6
**determined**
23:22,25
**determines**
24:11,12
**different**
24:22 32:9
**direct**
23:7 43:22
**direction**
39:17 47:14
**directly**
15:24
**disposed**
19:23
**distances**
12:18
**distraught**
18:6
**District**
1:1,1 7:7,7
**division**
20:12
**Diwan**
21:11,15,22 22:4,22 23:4,23 25:12
**document**
26:25 27:3 28:20 29:21 31:9,11,21 32:1 33:10
**doing**
45:2,8
**dollars**
37:18 42:20
**doubt**
8:15
**DOUGHTY**
3:9
**drawing**
12:13
**DRINKER**
3:14
**Drive**
3:10,15 11:15 12:9 13:23 14:19 15:23 16:6,18 17:8
**duly**
8:4 47:8

**E**

**E**
4:1,1 5:1 6:1,1 47:1,1
**earlier**
23:9
**effect**
20:2 33:13
**EINHORN**
3:3
**either**
29:19 36:8,11
**electronic**
32:1
**electronically**
32:5,13 33:17
**emails**
39:16
**employee**
19:17
**employment**
19:10,12
**ended**
9:19 14:21
**entail**
30:25
**entered**
10:5 41:25
**entities**
23:3
**ESQUIRE**
3:3,8,9,15
**estate**
10:22 20:11 35:24 37:1
**estimate**
12:19 24:3
**estimated**
37:13
**et**
7:6
**events**
38:22
**Ewing**
11:18 12:9 13:23 14:19 16:18 17:8
**exact**
10:11 11:16 12:1,11 12:14 15:3 18:25 22:6 23:19 45:7
**exactly**
26:12 28:15 38:22 45:25
**Examination**
4:3 8:9
**examined**
8:5 47:6
**example**
33:16 34:11 42:17
**exchanging**
39:15
**excuse**
10:7 31:24 44:17
**excused**
46:14
**executing**
35:4
**Exhibit**
26:12,13 31:21 33:15
**exhibits**
5:3
**expenses**
41:23 44:15
**experience**
20:19
**extensive**
35:24

**F**

**F**
47:1
**fact**
29:8
**FAEGRE**
3:14
**family**
22:11
**father**
13:13,19 14:7,10 15:7,10,14,17 16:10 18:12 22:15,17 45:5
**father's**
16:8
**fault**
9:20
**Faust**
3:22
**February**
1:15 7:9 14:21
**federal**
40:24
**feels**
42:13 43:4
**felt**
9:19
**file**
9:12
**filed**
9:5,8 36:5 40:23
**Finance**
43:19
**finances**
35:20
**financial**
36:1,20 45:20
**find**
8:17
**fine**
26:8 39:15
**first**
8:21 10:9
**five**
35:22
**FL**
3:5
**Floor**
3:4
**Florham**
3:16
**Florida**
10:7,13 40:13 41:24 45:2

**follows**
8:5
**foregoing**
47:7
**forth**
47:12
**fortunately**
8:22
**four**
35:22 43:7,8
**Fox**
3:8 7:12
**Franchise**
1:10 3:18
**frankly**
36:7
**Friday**
7:9
**front**
24:16 27:10
**fuel**
10:5 31:22 32:5,14 32:23 44:20
**full-time**
19:9,11
**further**
29:22 47:16

**G**

**gas**
1:9,9 3:12,12 7:5 10:18 18:15,22 19:4 19:9,19 20:8,17,19 21:13 22:10,23
**generalize**
36:3
**generally**
11:22 35:23
**generated**
42:11
**gentleman**
43:18
**getting**
17:18 23:15 24:14 39:21
**give**
13:1 23:19 29:7 30:8 34:10 42:16
**giving**
24:2
**Glen**
3:22
**go**
9:14,14 13:3 24:6,15 26:3 30:6,23 31:1 31:24 42:4
**going**
18:4 23:13 27:19 28:20 29:14 30:14 30:14,21 31:1,5,6 34:10 37:11,22 38:5 39:15 40:1,10,18 41:4,14 43:4
**good**
8:10,20 11:25 20:20 23:10,18 29:10 35:2 45:18
**goods**
20:17
**guarantee**
35:5,10,18
**guaranteed**
39:24
**guess**
9:17,22 13:8 17:21 19:16 23:25 32:13 33:2 35:14 36:13 39:5,17 43:2 45:23
**guy**
29:16 32:25 33:7,9 40:11,16,18 44:23 45:15
**guys**
25:15

**H**

**H**
5:1
**hand**
24:9
**handled**
27:21 28:12,15 30:13 31:4,6 32:16 33:4 37:23 38:13 44:7
**handles**
41:8
**hands**
36:8
**happened**
19:22 29:14 43:8
**hard**
23:13,15,16 46:4
**head**
11:14 20:5 23:21 35:21 40:25
**heading**
39:16
**hear**
14:15 15:16
**Heather**
2:4 7:14 47:4,24
**held**
2:2 7:11
**hereunto**
47:20
**hired**
39:19
**hold**
13:19
**holdings**
1:10 3:13 35:24
**home**
15:23
**Honeysuckle**
11:15 12:9 13:23 14:19 15:22 16:5,18 17:8
**hope**
31:3
**hours**
19:15
**house**
13:11 15:20
**houses**
10:25 11:4
**Houter**
3:15 46:3
**hundred**
42:19
**hype**
39:18

**I**

**idea**
13:6,9 14:22
**II**
22:8
**impact**
40:8
**Including**
28:13
**income**
40:24
**Incorporated**
9:25 18:10,11,23 19:19,23 20:7 21:7 21:12,16,24 22:8 31:16 33:11 34:5 40:21,23 43:19
**Indemnity**
27:14 29:25 30:2,9 30:17
**indirect**
15:25
**individual**
25:2 43:21
**individually**
9:6
**individuals**
31:14
**information**
31:17
**inside**
24:24,24
**inspire**
34:11
**instrument**
29:6
**interact**
43:20
**interacted**
43:17
**interaction**
30:11

**interactions**
43:10,23
**interest**
13:20 45:14
**interested**
47:18
**interests**
10:14,21
**intruding**
14:9
**invest**
41:16
**investment**
11:2,3 15:20,22 16:5 16:7,8 35:24 37:4,9 42:25 45:21
**invoice**
24:13
**involved**
25:17 28:1 45:12
**involvement**
15:21,25 16:3 25:3 25:22 39:3,6 40:4 45:11
**issued**
26:15
**item**
24:22

**J**

**Jersey**
1:1 2:5 7:8 8:4 10:15 11:18 12:10 13:23 14:20 17:9 20:6
**job**
33:1 35:1
**jobs**
34:25
**July**
26:16 27:1
**June**
32:2 33:18

**K**

**K**
1:10 3:18 9:7 28:7,14 29:18 30:10,12 31:23 32:6,9 33:22 34:2 35:6,18 36:17 36:21 37:21 38:10 38:11 40:12 42:1,10 43:3,15 44:19
**Kazmi**
1:6,19 2:2 4:3 7:3,5 8:3,9,10 25:8 26:19 27:20 32:2 46:7
**Kazmi's**
46:12
**keep**
36:13
**kind**
21:3 24:17 36:3
**know**
11:21 12:14,16,18,19 12:22 14:2 18:3,8 19:7,18 20:4 23:21 25:13 27:6 29:4,9 31:18 34:21 35:8,10 35:21 38:6 40:17,25 41:7,13 42:4,6,6,7 42:19 44:7,10,23 45:18,19,24
**knowledge**
25:11 30:6 40:6 42:24 43:1
**knows**
25:14

**L**

**L**
2:4 7:14 47:4,24
**landlord**
21:23 22:24 23:2
**laptop**
32:10
**law**
36:7
**Lawrenceville**
3:10
**lawsuit**
8:12 9:4,9,12 36:5
**layman's**
35:14
**leadership**
39:4
**lease**
20:2 22:21 33:15,21 34:3,8,22 40:13
**leased**
21:22,24 22:23 38:10
**leases**
10:5 33:16,22 34:1 34:13 44:20
**leasing**
19:25
**Legal**
1:24 3:21 7:15
**Lehigh**
1:9,9 3:12,12 7:5 8:11 10:16,23 14:21 30:10,12 37:21 38:12,25 39:9,14 42:10 43:15 44:19
**Lehigh's**
40:6
**Lenox**
3:10
**let's**
33:14 36:13 42:19
**letter**
26:14 27:16 28:1,5 29:11 30:16,18 43:11
**Letters**
25:18 27:24
**LGP**
1:10 3:13
**listen**
34:14
**little**
12:23 45:11
**live**
25:15
**LLC**
1:9 3:12
**LLP**
3:8 7:12
**loan**
15:1
**located**
19:4
**location**
16:15
**locations**
19:24 38:7,10,15 45:5
**long**
37:7 39:2 43:6 45:6
**look**
15:4 18:5,7 23:20 26:17 34:24
**looks**
31:11 33:3 39:14
**lost**
14:16
**lot**
35:7 36:10
**LP**
1:10 3:13

**M**

**Magna**
1:24 3:21 7:14
**majority**
22:25 23:2
**making**
36:15
**manage**
23:16
**managing**
45:5
**marked**
5:3 26:11
**market**
24:1
**matter**
7:3
**mean**
11:5 13:1 16:2 17:13 19:11 24:21 25:1 29:3,13 30:4,21 36:7 42:14
**measures**
12:18

**media**
7:2
**meet**
46:8,8
**meeting**
32:8 39:9,11,12
**mentioned**
10:21
**met**
39:4
**Miami**
3:5
**million**
13:10,12 26:14 27:16 37:17
**moment**
36:24
**money**
16:4,11 21:5 29:12 41:22 42:9,11,21,22 42:23
**months**
12:3,25
**mortgage**
16:22 17:1,3,15,18 17:19,25 18:1

**N**

**N**
4:1,1
**name**
8:10 15:8 16:3 20:3 37:1 47:21
**named**
43:18
**nature**
35:19,25 36:19
**needed**
27:17
**needs**
17:21 42:22
**negotiate**
29:5
**negotiated**
29:17
**negotiating**
40:2
**negotiation**
39:23
**neither**
34:13 47:17
**net**
37:13
**never**
21:8
**New**
1:1 2:5 7:8 8:4 10:15 11:18 12:10 13:23 14:20 17:9 20:6
**nice**
46:8,8
**NJ**
3:10,16
**Non-reportable**
34:16
**Nope**
25:23
**noted**
7:16
**notified**
29:24
**nuances**
22:2
**number**
7:2 18:25 22:6
**numerous**
9:17

**O**

**oath**
8:25 9:1
**obligations**
35:18 42:10 44:20
**obtaining**
27:24
**occasions**
32:9
**office**
39:5
**oh**
24:25 26:21 30:23
**okay**
9:11,24 10:3,12 11:8 11:19 12:19,25 13:4 14:9,15 15:21 16:10 16:15,21 19:18,22 21:4,6,11,15 22:4,7 22:13,22 23:3 24:8 25:3,11 26:5,25 27:3,21 28:4,17 29:9,21 30:9,16,19 31:8,12,20 32:14 33:9,14 34:4 35:4 35:17 36:25 37:4 38:8 39:8 40:20 41:10 42:8 44:1 46:8,10
**once**
38:16
**opened**
19:19
**operate**
18:23 20:8
**operated**
18:15
**operation**
17:21 29:16 40:18 41:23 42:11
**operational**
38:8
**operations**
10:14 25:4 32:25 40:11,16 41:2,8,9 44:23 45:1,13,15
**opportunity**
34:19
**Oral**
2:1
**outcome**
39:23,24 47:19
**outside**
23:1
**owed**
35:16
**owned**
18:12 19:20 33:10 37:3
**owner**
9:24 13:16 21:6,8 22:1,13,16 30:1 40:20 45:11,17
**owners**
29:24
**ownership**
13:20 45:14
**owns**
16:17 17:7 21:15

**P**

**P.A**
3:3
**p.m**
2:3 7:10 8:14 46:11 46:15
**page**
4:3 31:23,25 32:10
**pages**
33:2 43:25
**paid**
13:15 17:18 35:15
**papers**
35:8
**paraphrase**
28:21
**Park**
3:16
**part**
15:5,9 20:18 29:21
**particulars**
38:7
**parties**
2:2 7:15 8:12 30:13
**party**
24:14 33:12 47:17
**pass**
14:10 22:18
**passed**
18:19 22:17
**pay**
13:4 17:15 36:18 37:20 40:8,14 41:10 42:21
**pays**
17:1,3

**Pbuckley@foxroth...**
3:11
**Pennsylvania**
19:5,8 20:9
**period**
12:1,2,12 37:7 41:17
**person**
17:22 20:23 31:2
**personal**
35:5,10,19 36:1,19 44:15
**personally**
32:20,20 42:7
**pertains**
26:14
**Peter**
3:8 8:11
**Petrol**
21:11,15,22 22:5,22 23:4
**PHANG**
3:3
**phone**
25:24
**phrase**
42:14
**pick**
20:20 46:3
**picked**
23:17
**Pike**
3:9
**pinch**
34:19
**places**
47:11
**Plaintiff(s)**
1:7 3:6
**plan**
40:14
**planned**
9:14
**play**
15:10,14,17
**please**
7:18
**point**
10:2,19 13:12 21:19 38:24 39:24 45:4
**portion**
15:19
**position**
36:1
**possible**
36:12
**prepared**
27:3,7
**present**
3:20 7:16
**president**
18:13 19:1 21:9 22:1 24:11 41:12
**previously**
26:11
**price**
20:23 21:2 23:10,18 23:22 24:5,12,13
**Princeton**
3:9
**prior**
10:23 27:24 47:6
**proceedings**
47:7,10,18
**proceeds**
14:24 39:1,10 40:7
**process**
40:5
**procure**
23:13 28:24
**procuring**
25:17 28:1
**product**
20:21
**products**
23:14,17,24
**professionally**
45:3
**project**
29:24 30:1
**promised**
36:17
**properties**
11:1,8 18:7
**property**
1:5 7:4 9:25 11:12,20 12:9 13:5,22 14:19 14:24,25 15:11,15 15:18 16:6,11,16,16 16:22 17:8,12,13 18:1 20:14 23:5 25:5,19 26:16 31:15 33:11 34:5
**provide**
28:7 30:9 36:11 44:18
**provided**
30:1 36:22
**public**
13:3
**purchase**
10:24
**purports**
26:18
**put**
16:4,10 42:19,25

**Q**

**question**
24:18 37:23 40:15 41:1,5 42:2,14 45:18
**question-and-answ...**
8:24
**questions**
30:15 31:5 33:23 36:16 43:2,5
**quite**
36:7

**R**

**R**
6:1 47:1
**reach**
9:20
**read**
27:8 28:17 29:1,3,22 30:19,24 32:14,22 32:22 33:1,4,21 34:8,12,21,23
**reading**
30:4
**real**
10:22 20:11 35:24 37:1
**really**
11:25,25 12:4,11 13:13,15,24 15:2,6 16:12,13,14,24 17:4 17:6,19 18:2 38:1 45:9
**Realty**
1:10 3:13
**reason**
45:10
**REATH**
3:14
**recall**
10:9 20:4 23:12 44:13,16 45:7
**recollection**
32:4
**record**
7:2,17 46:13
**records**
13:3
**referring**
32:12
**related**
47:17
**relationship**
9:18 12:21 14:20 23:5,7 27:22 28:8 28:13 35:6 38:19 39:13 41:25 43:14
**remedy**
9:22
**remember**
11:14 26:12 32:8 33:22 34:1,3 35:4 36:4,23 37:2,7,10 37:11 38:18,22 43:8
**REMOTE**
3:1
**remotely**

2:2 7:11 47:11
**rent**
37:21 40:8,14
**rental**
11:1
**repeat**
33:24
**reporter**
2:5 7:13,18 34:17 47:5
**represent**
8:11
**request**
7:11
**requests**
6:3
**required**
36:21
**residential**
10:22 20:11
**respect**
28:7 38:9
**responsibilities**
38:9
**responsible**
35:16
**retail**
15:19 16:13 17:20 22:7 24:23
**retained**
11:11
**right**
10:7 17:16 24:22 27:2 30:17,23 33:7 33:12 34:20,20 37:15 39:17 42:18 43:7 46:1
**rights**
39:21 40:2
**road**
43:5
**role**
15:10,14,17
**Rothschild**
3:8 7:12
**route**
9:15
**run**
21:18 22:11
**running**
19:14
**runs**
41:1

**S**

**S**
4:1,1 5:1 6:1,1
**sake**
24:3
**sale**
14:25
**SALKOWKI**
3:3
**salvage**
39:13
**satisfy**
42:9
**saying**
31:3 36:9 45:16
**says**
29:22
**SBLC**
29:23
**screen**
12:7 26:2
**scrolled**
31:10 33:3
**search**
13:2,3
**second**
10:10
**secure**
44:19
**security**
28:7 44:18
**see**
26:1,2,9,20 29:1 30:3 30:4 33:19
**sell**
13:22 14:18 20:22 21:3 23:10,23 24:4 24:6
**selling**
24:10
**send**
44:10
**sending**
31:2
**separate**
44:2
**Services**
1:5,9,24 3:12,21 7:4 7:6,15 9:25 14:24 15:11,15,18 16:11 16:16 20:14 22:8 23:6 25:5,19 26:16 31:15 33:11 34:5
**session**
8:25
**set**
41:22 47:12
**Shamikh**
8:9 25:8 27:20 28:12 29:15 30:14 31:4,13 32:16 33:5 37:23 38:2,13 40:10,16 41:1 42:2 44:22,25 45:12
**Shamikh's**
34:25
**SHANNON**
3:9
**share**
26:1
**shares**
21:10
**shorthand**
47:13
**shortly**
12:20,22,23
**show**
31:20
**side**
16:14
**sign**
26:25 27:14 28:11 30:16,18,24 34:4 35:3 39:20 40:1
**signature**
26:17,18,20,23 32:2 32:10 43:24
**signatures**
35:7
**signed**
10:25 27:6,8,9,11,18 27:18 28:18 29:2 30:1,20 31:21 32:13 32:15,23 33:10,17 34:9,22 35:1,3,9 38:20
**signing**
10:23 29:2 30:25 32:5 33:7,9,22 34:1 34:3
**simply**
41:12
**simultaneous**
34:16
**sir**
9:10 22:12 25:24 33:8 42:7 43:16
**sites**
19:8 20:1
**situation**
36:20 39:3
**skew**
25:1
**skews**
24:24 25:2
**snapshot**
37:6
**Solange**
3:21 7:13
**sold**
11:9,13 23:18 24:20
**sole**
9:24 21:6
**Soleil**
25:18 26:15 27:15,21 27:25 28:5 29:9,18 30:12 43:23
**somewhat**
26:4
**soon**

46:7
**sorry**
11:5,21 12:6,13,24 13:9 14:15 15:12,16 17:2 28:23 33:23 36:2 37:16
**South**
3:4
**speak**
25:14 29:13,15,19
**specific**
24:19,21 27:19
**specifics**
15:3,4 23:20
**Spector**
43:18
**spent**
37:25 38:2
**start**
42:18
**started**
8:14
**starting**
23:14 43:3
**State**
2:5
**stated**
15:5
**statement**
42:13
**States**
1:1 7:6
**station**
19:9 21:13 22:10 33:15
**stations**
10:6,12,18 18:15,22 19:4,19 20:8,17,19 21:18,22,24 22:4,23 40:13 41:24 44:3 45:1
**stenographic**
7:16
**stop**
18:18 46:4
**store**
17:20 20:16 24:25
**Stores**
1:10 3:18
**street**
16:19 21:2 23:11
**struggle**
37:20
**stuck**
27:10
**stuff**
9:13,16 17:5,11,14 23:16 27:5 36:10 37:24 41:13 44:6
**subdepartment**
31:1
**subscribed**
47:21
**subsidiaries**
10:17
**supervision**
47:15
**supplied**
38:11
**supply**
10:6 20:16 31:22 32:5,14,23 44:21
**support**
27:16 28:6 43:14
**suppose**
24:1
**sure**
10:4,10 11:16,25 12:4,11,12 13:2,13 13:15,24 15:2,6 16:13,14,24 17:4,6 17:17,19 18:2,24 21:20 22:2,6 32:7 32:11 33:25 34:12 34:18 38:1 41:19,20 44:22 45:9
**swear**
7:18
**sworn**
2:1 8:4 47:8
**Syed**
1:6,19 2:2 4:3 7:3,5 8:3 26:19 32:2 46:11

**T**

**T**
4:1 5:1 6:1 47:1,1
**take**
9:2,15 13:1 15:5
**taken**
47:10,12
**talk**
25:2 40:10 46:7
**talking**
12:17 24:23 41:17
**taxes**
40:24 41:3,10,11
**TD**
44:4
**tell**
9:2 27:4 31:1 37:15 37:19 40:9 41:4 42:4
**telling**
23:8
**ten**
10:6 22:7,23 23:4,23 25:12
**term**
35:14
**terminated**
20:2 22:21
**testified**
8:5
**testify**
47:8
**Testimony**
46:15
**thank**
14:17 46:6,9
**thereof**
47:19
**thing**
13:14 21:13 22:9 23:8 36:3
**things**
9:17 12:16 42:21
**think**
10:8,15,17,24 11:10 11:15 13:11 15:1 16:23 19:7 21:17,25 22:3,25 23:8 25:13 45:4,8 46:2
**third**
24:14
**thousand**
42:19
**Tim**
34:19
**time**
7:10 8:21 10:2 11:24 12:1,11,12 13:14 32:6 36:20,22 37:9 38:21,24 41:24 43:6 45:6 46:3,6,10 47:11
**timeframe**
12:15
**times**
41:21
**timings**
45:7
**TMC**
1:10 3:18
**today**
7:9 8:14,16 9:4 21:16 22:14 46:6
**told**
39:25
**top**
11:14 20:5 23:21 24:2 35:21 40:25
**town**
11:17
**Tran**
3:21 7:13
**transaction**
15:6 24:15,16 39:7
**transactions**
44:9
**transcribed**
47:13
**transfer**

20:22
**transpired**
38:23
**trench**
32:7,11
**tried**
9:20
**truth**
9:2,3 47:8,9,9
**try**
15:4
**trying**
36:12 39:13,18
**turn**
33:14
**twice**
38:16
**two**
10:24,24 11:4 21:14 32:9 33:23
**two-page**
31:9,11
**typewriting**
47:14

**U**

**U**
6:1 36:21
**underneath**
21:14
**understand**
17:24 28:4,9
**understanding**
27:13,17 28:22,24 44:5
**unfortunately**
8:21 14:13
**United**
1:1 7:6
**Universal**
1:5 7:4 9:25 14:23 15:11,15,18 16:11 16:16 20:14 23:5 25:4,19 26:15 31:15 33:10 34:5
**UPS**
10:3,5,13,20 11:3,19 12:8 13:4,17,21,22 14:18 23:18,24 24:9 24:20 36:18 37:20 39:14 40:12,20,23 41:15,16,22 42:8,25 44:2,9,14,18 45:11
**UPS's**
35:18 40:8,14
**use**
42:22 44:10,14

**V**

**value**
37:8
**Van**
3:15 46:3
**versus**
7:5
**videographer**
3:21 7:1,12 46:10
**videotaped**
2:1
**visited**
38:14
**Volume**
46:11
**vs**
1:8

**W**

**W**
4:1
**Wah**
2:4 47:4,24
**waive**
39:21
**want**
9:15 15:3 18:6 26:9 27:19 34:21 42:5
**wanted**
39:20 45:23
**wasn't**
11:1 12:22,23 45:17
**way**
31:8 40:1 45:24
**we'll**
8:14,15 46:7,7
**we're**
9:4 24:14 31:25 36:11 43:4
**We've**
46:13
**weights**
12:18
**went**
9:18 12:7 19:13 20:1 22:24
**whatsoever**
30:20
**whereof**
47:20
**wholesale**
1:9,9 3:12,12 7:5 20:25
**whosever**
31:2
**William**
43:18
**wire**
44:10
**withholding**
38:25 39:10 40:7
**witness**
7:19 46:14 47:7,20
**wonderfully**
30:5
**words**
9:11,13
**work**
8:16 19:13
**worked**
31:14
**working**
19:17
**works**
16:14 41:13
**Worldwide**
43:19
**worth**
13:12 37:13
**wouldn't**
20:24 29:4 31:17 35:21 38:6 41:7 44:7
**write**
28:25 44:10
**wrong**
9:18
**www.MagnaLS.com**
1:25

**X**

**X**
4:1 5:1 23:10

**Y**

**Y**
23:10
**yeah**
10:17 12:13 14:13 17:23 26:7,8 33:13 34:18 35:12 38:16 42:16 45:8
**year**
11:22 14:4
**years**
11:23 35:22 43:7,8
**Yup**
16:20 27:12

**Z**

**Z**
23:10
**ZARCO**
3:3
**zoom**
2:3 3:1,20 8:3 26:6

**0**

**07932**
3:16
**08648-2311**
3:10

**1**

**17**
10:7,12 38:7,9 40:13

44:3 45:1
**17-station**
28:8
**19**
24:4 32:2 33:18

**2**

**2**
3:4 25:1 26:14 27:1 27:16
**20**
24:4,5,7,7
**20-some**
33:2
**2019**
10:2 12:5,8,20 26:16 27:1 31:12 32:2 33:18 35:19 36:25 37:5,14
**2020**
14:11,12,21 18:20 19:22
**2024**
1:15 7:9
**21**
31:25
**23**
1:15 7:9

**3**

**3**
25:1
**3,000**
24:24
**3:20-cv-03315-FL...**
1:2
**305.374.5418**
3:5
**30XI001936000**
47:25
**33**
26:12,13
**33131**
3:5
**34th**
3:4

**4**

**4:16**
2:3 7:10 8:13
**4:58**
46:11,15

**5**

**5**
31:21
**5:00**
8:14 46:4
**50**
24:7
**500-page**
30:24

**6**

**6**
33:15
**600**
3:15
**624-6221**
1:24

**7**

**8**

**8**
4:3
**866**
1:24

**9**

**973.549.7000**
3:16
**997**
3:10