**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNIVERSAL PROPERTY SERVICES, INC., and SYED KAZMI,

*Plaintiffs / Counterclaim Defendants*,

vs.

LEHIGH GAS WHOLESALE SERVICES, INC., LEHIGH GAS WHOLESALE LLC, LGP REALTY HOLDINGS LP, CIRCLE KSTORES, INC. and TMC FRANCHISE CORP.,

*Defendants / Counterclaim Plaintiffs*.

Civil Action No.
3:20-cv-03315-GC-TJB

**STIPULATION AND ORDER FOR**
**ENTRY OF FINAL JUDGMENT**

Defendants/Counterclaim Plaintiffs Lehigh Gas Wholesale Services, Inc., Lehigh Gas Wholesale LLC, and LGP Realty Holdings LP (collectively, *"Lehigh"*), by and through their undersigned counsel, and Plaintiffs/Counterclaim Defendants Universal Property Services, Inc. and Syed Kazmi (collectively, *"Plaintiffs"*), by and through their undersigned counsel, hereby stipulate and agree to the entry of final judgment as set forth below:

**WHEREAS**, by Order and Judgment entered on January 15, 2026 (ECF No. 166), the Honorable Georgette Castner, U.S.D.J., granted Lehigh's motion for summary judgment as to liability on Counterclaim I (breach of leases) and Counterclaim III (breach of guaranties), and directed the parties to brief damages;

**WHEREAS**, Lehigh submitted a supplemental damages brief on January 29, 2026 (ECF No. 167), Plaintiffs filed an opposition on February 4, 2026 (ECF No. 168), and Lehigh submitted a reply brief on damages on February 13, 2026 (ECF No. 171);

**WHEREAS**, Lehigh sought $273,235.35 in rent and lease-related damages, accrued pre-judgment interest and post-judgment interest at the rate of 6% per annum, and $579,621.19 in attorneys' fees, costs and expenses;

**WHEREAS**, oral argument concerning the parties' supplemental damages briefing is currently scheduled for August 27, 2026;

**WHEREAS**, the parties have conferred and agreed to the entry of final judgment on Counterclaims I and III without the necessity of further proceedings or the scheduled argument;

**NOW, THEREFORE**, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, as follows:

**1.** Final judgment shall be entered jointly and severally against Universal Property Services, Inc., on Counterclaim I, and Syed Kazmi, on Counterclaim III, and in favor of Lehigh Gas Wholesale Services, Inc., Lehigh Gas Wholesale LLC, and LGP Realty Holdings LP in the total amount of Nine Hundred Twenty-Three Thousand Seventy-Nine Dollars and Seventy-Seven Cents ($923,079.77), consisting of the following components:

(a) Underlying damages (rent and lease-related charges): $273,235.35;

(b) Accrued pre-judgment interest through August 27, 2026: $124,844.42; and

(c) Attorneys' fees, costs, and reasonable expenses: $525,000.00.

**2.** The parties stipulate that pre-judgment interest has been updated through August 27, 2026, calculated at a 6% annual compounding rate on the accrued balance, yielding $124,844.42 in total accrued pre-judgment interest as of that date.

**3.** Post-judgment interest shall accrue on the total judgment amount at the rate provided by 28 U.S.C. § 1961 from the date of entry of judgment until the judgment is satisfied in full.

**4.** The damages and fee hearing currently scheduled for August 27, 2026 is hereby canceled and removed from the Court's calendar.

**5.** Plaintiffs' execution of, consent to, and entry of this Stipulation shall not constitute an admission of the correctness of, or consent to the substance of, any prior ruling, order, or judgment entered by the Court in this action, nor shall it constitute a waiver, relinquishment, or release of any right of

Plaintiffs to seek appellate review of any such ruling, order, or judgment, including without limitation the Court's Opinion and Order entered January 15, 2026 (ECF Nos. 165, 166) and the Court's Opinion and Order entered August 8, 2022 (ECF Nos. 116, 117). The parties expressly agree and acknowledge that Plaintiffs' agreement to the form and entry of the Stipulated Final Judgment is solely for the purpose of implementing and memorializing the Court's prior ruling and resolving the issue of attorneys' fees, and shall not be construed as Plaintiffs' voluntary consent to the substance or merits of such ruling. The parties further agree that the judgment entered is a final, appealable order pursuant to 28 U.S.C. § 1291.

**6.** This Stipulation may be executed in counterparts, each of which shall be deemed an original.

Dated: August 24, 2026

FOX ROTHSCHILD LLP

/s/ *Peter C. Buckley*_______________
Peter C. Buckley, Esq.
Fox Rothschild LLP
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel.: (609) 895-3600
PBuckley@FoxRothschild.com

*Attorney for Defendants/Counterclaim Plaintiffs, Lehigh Gas Wholesale Services, Inc., Lehigh Gas Wholesale LLC, and LGP Realty Holdings LP*

ZARCO EINHORN SALKOWSKI, P.A.

*/s/ Robert F. Salkowski*_______________
Robert F. Salkowski, Esq.
Zarco Einhorn Salkowski, P.A.
One Biscayne Tower
2 South Biscayne Boulevard, 34th Floor
Miami, FL 33131
Tel.: (305) 374-5418
RSalkowski@zarcolaw.com

*Attorney for Plaintiffs/Counterclaim Defendants, Universal Property Services, Inc. and Syed Kazmi*

# ORDER

The foregoing Stipulation having been submitted by the parties, and good cause appearing:

**IT IS on this 27th day of August, 2026, hereby**

**ORDERED** that final judgment is entered jointly and severally against Universal Property Services, Inc., on Counterclaim I, and Syed Kazmi, on Counterclaim III, and in favor of Lehigh Gas Wholesale Services, Inc., Lehigh Gas Wholesale LLC, and LGP Realty Holdings LP in the total amount of Nine Hundred Twenty-Three Thousand Seventy-Nine Dollars and Seventy-Seven Cents ($923,079.77), consisting of $273,235.35 in underlying damages, $124,844.42 in accrued pre-judgment interest through August 27, 2026, and $525,000.00 in attorneys' fees, costs, and reasonable expenses; and it is further

**ORDERED** that post-judgment interest shall accrue at the rate provided by 28 U.S.C. § 1961 from the date of entry of this Order until the judgment is satisfied in full; and it is further

**ORDERED** that the oral argument scheduled for August 27, 2026 is hereby canceled and removed from the calendar.

**ORDERED** that the Clerk's Office shall **CLOSE** this case.

**SO ORDERED.**

Georgette Castner
___________________________________

Hon. Georgette Castner, U.S.D.J.